UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RANDY ORTIS,<br><br>   Petitioner,<br><br> v.<br><br>CHRISTIAN PHEIFFER, Warden,<br><br>   Respondent. | Case No. EDCV 17-01439-R (JDE)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, Respondent's Answer to the Petitioner, Petitioner's Traverse, the records on file, the Report and Recommendation of the United States Magistrate Judge and Objections thereto by Petitioner. Further, the Court has engaged in a <u>de novo</u> review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

(1) Petitioner's request for an evidentiary hearing is DENIED;

(2) Petitioner's request for appointment of counsel is DENIED; and
(3) Judgment shall be entered denying the petition and dismissing this action with prejudice.

Dated: April 26, 2018

_____
MANUEL L. REAL
United States District Judge