JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| RANDY ORTIS, | Case No. EDCV 17-01439-R (JDE) |
| Petitioner, | JUDGMENT |
| v. | |
| CHRISTIAN PHEIFFER, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: April 26, 2018

_____
MANUEL L. REAL
United States District Judge